E-FILED
Tuesday, 19 March, 2019  09:09:30 AM
Clerk, U.S. District Court, ILCD

ARTICLES OF AGREEMENT

Between the

LOCAL UNION No. 99

of the

UNITED ASSOCIATION OF JOURNEYMEN
AND APPRENTICES OF THE PLUMBING
AND PIPEFITTING INDUSTRY OF THE
UNITED STATES AND CANADA

and the

BLOOMINGTON-NORMAL PLUMBING,
HEATING, AIR CONDITIONING AND
PIPING CONTRACTORS OF THE
TERRITORIAL JURISDICTION OF
LOCAL UNION NO. 99

May 1, 2007 through April 30, 2010

Bloomington, Illinois

EXHIBIT
B

## INDEX

**Labor Agreement**

I. Length and Purpose of Agreement .................................. 1
II. Geographical Jurisdiction Local Union No. 99 .............. 2
III. Recognition .................................................................. 2
IV. Union Security .............................................................. 3
V. Management Rights ...................................................... 3
VI. Trade or Work Jurisdiction ........................................ 4
VII. No Strike, No Lockout ................................................ 5
VIII. Grievance and Arbitration Procedure ...................... 5
IX. Referral and Hiring Procedure .................................. 7
X. Economic Package ...................................................... 13
XI. Wages ........................................................................ 15
XII. Hours of Work, Overtime and Shift Work ............... 16
XIII. Payday, Accountability and Termination ............... 17
XIV. Supervision .............................................................. 18
XV. 401K Voluntary Fund ................................................ 18
XVI. Health and Welfare Fund ........................................ 19
XVII. Pension Fund ........................................................ 20
XVIII. Apprenticeship Fund ............................................ 21
XIX. PAC ........................................................................ 23
XX. Federal Safety Act .................................................. 23
XXI. Jointly Administered Fringe Benefit Funds ........... 23
XXII. Work Rules and Miscellaneous Provisions ........... 26
XXIII. Fabrication ............................................................ 33
XXIV. Subcontracting ...................................................... 34
XXV. Industrial Promotion Fund .................................... 34
XXVI. Union Dues Check-Off .......................................... 35
XXVII. Duration, Termination and Renewal of Agreement .... 35
Adoption of Agreement .................................................. 38
Appendix A .................................................................... 40

## INDEX

**Labor Agreement**

I    Length and Purpose of Agreement ......................................... 1

II   Geographical Jurisdiction Local Union No. 99 ............. 2

III  Recognition ........................................................................ 2

IV  Union Security ................................................................. 3

V   Management Rights ........................................................ 3

VI  Trade or Work Jurisdiction ............................................ 4

VII No Strike, No Lockout .................................................... 5

VIII Grievance and Arbitration Procedure ......................... 5

IX  Referral and Hiring Procedure ..................................... 7

X   Economic Package ......................................................... 13

XI  Wages ............................................................................... 16

XII  Hours of Work, Overtime and Shift Work .................. 16

XIII Payday, Accountability and Termination ................... 17

XIV Supervision ................................................................... 18

XV  401K Voluntary Fund ................................................... 18

XVI Health and Welfare Fund ............................................ 19

XVII Pension Fund ............................................................... 20

XVIII Apprenticeship Fund ................................................. 21

XIX PAC .............................................................................. 23

XX  Federal Safety Act ...................................................... 23

XXI Jointly Administered Fringe Benefit Funds ............... 23

XXII Work Rules and Miscellaneous Provisions ............. 26

XXIII Fabrication ............................................................... 33

XXIV Subcontracting ........................................................ 34

XXV Industrial Promotion Fund ........................................ 34

XXVI Union Dues Check-Off ............................................ 35

XXVII Duration, Termination and Renewal of Agreement ... 35

Adoption of Agreement ........................................................ 38

Appendix A ............................................................................ 40

# LABOR AGREEMENT

It is mutually understood that the public can best be served and progress maintained and furthered in the plumbing and pipefitting industry only if there is a sound, reasonable and harmonious working arrangement between the employer and employee. This Agreement, therefore, is made and entered into by and between the BLOOMINGTON-NORMAL PLUMBING, HEATING, and COOLING CONTRACTORS (hereinafter referred to as "Association"), acting for and on behalf of its members and other contractors hereinafter represented by the Association (such members and contractors hereinafter referred to as "Employers"), and PLUMBERS AND PIPEFITTERS LOCAL NO. 99 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA (hereinafter referred to as "Union").

## ARTICLE I
## Length and Purpose of Agreement

**Section 1.1** This Agreement made this first day of May 1, 2007 shall be effective from May 1, 2007 to April 30, 2010.

**Section 1.2** The purpose of this Agreement is to establish the wages, hours and other conditions of employment, and to establish rules and procedures for the settlement of disputes and differences between the parties and to secure at all times a sufficiency of skilled journeymen so that the Employer may have sufficient capable Employees and the Employees may have as much continuous employment as possible, thereby preventing waste and unnecessary expenses, annoyance or delay caused by strikes, lockouts or other labor management disputes.

## ARTICLE II
## Geographical Jurisdiction Local Union No. 99

**Section 2.1** All of McLean County, a section of Livingston County, including all of the City of Pontiac, which would also include the State Reformatory in Pontiac. All the territory south of Rt. 116, in Livingston County, extending east to Ford County. A section of Woodford County including all territory south of Rt. 116, to Rt. 116A, and all territory east of Rt. 116A to and including Goodfield. Part of Ford County as outlined on the map.

## ARTICLE III
## Recognition

**Section 3.1** The Association and Employers here by recognize Local Union 99 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada as the sole and exclusive bargaining representative for all their Employees performing any work covered by this Agreement and employed by the Employer in the area described in Article II.

**Section 3.2** The Union and Employees hereby recognize the Bloomington-Normal Plumbing and Heating Contractors Association as the sole and exclusive bargaining representative for all of its Employer members.

## ARTICLE IV
## Union Security

**Section 4.1** It shall be a condition of employment that all Employees of the Employers covered by this Agreement, who are members of the Union in good standing on the effective date of this Agreement shall remain members in good standing, and those who are not members on the effective date of this Agreement, shall, after the fourteenth (14) day following the effective date of this Agreement, make application for membership in the Union. It shall also be a condition of employments, that all Employees covered by this Agreement and hired on or after its effective date, shall, after the fourteenth (14th) day following the beginning of such employment, make application for membership in the Union. In the event that any Employee that is required to apply to be become a member, or to maintain membership within the time set forth above fails to do so, such Employee shall be discharged upon receipt by the Employer of paying the dues uniformly required of members of Local 99 or has failed to apply for or maintaining his membership, providing that membership in said local union is available to an applicant on the same terms and conditions as are available to all other applicants and members.

**Section 4.2** Authorized representatives of the Union shall have access to jobs where Employees covered by this Agreement are employed, provided they do not unnecessarily interfere with the Employees or cause them to neglect their work; and further provided such Union representative complies with customer rules.

## ARTICLE V
## Management Rights

**Section 5.1** It is the intent of all parties to this Agreement that the Employee will furnish a full fair day's work for a day's pay.

**Section 5.2** Management shall be the sole determiner of the size and composition of the work force; for supervision, refer to Article XIV. Management shall have the prerogative of controlling its operations, introducing new or improved methods or facilities, subject to the limitations set forth in this Agreement.

**Section 5.3** The Union shall not sanction, and no Employee covered by this Agreement except those meeting the requirements of Employee, as defined herein, shall perform any plumbing, steamfitting work, except for an authorized Employer.

# ARTICLE VI
## Trade or Work Jurisdiction

**Section 6.1** This Agreement covers the rates of pay, hours and working conditions of all employees engaged in the installation of all plumbing and or pipefitting systems and component parts there of, including fabrication, assembling, erection, installation, testing, dismantling, repairing, reconditioning, adjusting, altering, servicing, and handling, unloading, distributing, trying on and hoisting of all hangers and supports of every description and all other work included in the trade jurisdiction of the United Association, as set forth in Appendix A which is incorporated herein and made a part of this Agreement.

**Section 6.2** Equipment used on building and construction work in conjunction with the work of the trade, as a time and labor-saving device, shall be operated by Employees covered by this Agreement.

**Section 6.3** Employees covered by this Agreement shall do the operation of pumps, air compressors and welding machines, when used in conjunction with work covered by this Agreement. Employees covered by this Agreement shall do the pressure testing of all plumbing and pipefitting systems or component part thereof.

**Section 6.4** It is understood that the settlement of jurisdictional disputes with other Building Trades organizations shall be adjusted in accordance with the procedure established by the Impartial Jurisdictional Disputes Board or any successor agency of the Building and Construction Trades Department.

**Section 6.5** It is understood that a trade or craft dispute in the United Association local union or between two or more United Association local unions shall be adjusted and decided in accordance with the procedure established in Section 4 of the Constitution of the United Association, revised and amended August 2006.

**Section 6.6** There shall be no work stoppage because of jurisdictional disputes.

## ARTICLE VII
## No Strike, No Lockout

**Section 7.1** During the term of this Agreement each of the signatory parties agrees that there will be no strikes, work stoppages or lockouts by members of the Union or by the Employer provided, however, the Union may strike where an Employer fails to pay wages in full and on time or the Union has been advised by the administrative officer of the fringe benefit funds in accordance with Section 22.4, that an Employer is delinquent in the payment of fringe benefits.

**Section 7.2** This no-strike, no lockout commitment is based upon the agreement by both parties to be bound by the grievance and arbitration provisions of this Agreement.

## ARTICLE VIII
## Grievance and Arbitration Procedure

**Section 8.1** In the event of any dispute between parties of this Agreement as to the rights and/or obligations under this Agreement, a representative of Local 99 and a representative of the Employer shall be immediately notified. Every effort possible shall be made by these individuals to settle the dispute before the subsequent provisions of this Article are invoked.

**Section 8.2** In the event that a dispute is not settled under the provisions of Section 9.1., it shall be referred to the Joint Grievance Committee composed of three representatives of the Union and three representatives of the Association. Said Committee shall meet within two working days following receipt of written notice to the Union and to the Association from either of the parties to the dispute. The Joint Grievance Committee reserves the right to make the final decision in any dispute and final interpretation of any of the provisions of this Agreement.

**Section 8.3 (a)** In the event a grievance is not satisfactorily settled by the Joint Grievance Committee within five (5) working days after having been first considered by such Joint Grievance Committee, the Union or the Association may elect to submit such grievance to impartial arbitration by notifying the other party and the affected Employer in writing to that effect. The Union and the Association may mutually agree to a permanent impartial arbitrator. If they have not agreed to a permanent arbitrator, the Union and Association shall there upon select a disinterested person to act as an impartial arbitrator for such grievance. If the Union and the Association can not agree upon such impartial arbitrator within five (5) working days after a grievance has been referred to impartial arbitration, then such impartial shall be selected from a list of (5) arbitrators to be furnished by the Federal Mediation and Conciliation Service, said selection to be effected by the parties alternatively striking names from such list and the person whose name remains on the list after four (4) having been so stricken shall be the impartial arbitrator. Such selection of the impartial arbitrator shall be effected within five (5) days (excluding Saturdays, Sundays and Holidays) after receipt of the list from the Federal Mediation and Conciliation Service.

**b)** The decision or award of the impartial arbitrator shall be final and binding upon all parties. The impartial arbitrator shall have no authority to add to, subtract from or modify the terms of this Agreement.

**c)** Each party to this Agreement shall bear the expenses of preparing and presenting its own case. The fees and expenses of the arbitration shall be borne equally by the parties hereto. The party or parties ordering the transcript shall pay for any stenographic record.

**Section 8.4** Any time limits provided for in the grievance and arbitration procedure set forth in this Article may be waived or extended by mutual agreement between the Union and the Association.

**Section 8.5** It shall not be a violation of this Agreement, or of the no-strike clause, if members of Local 99 refuse to cross a picket line. Where such a picket line has been set up, every possible effort shall be made by the Business Representative to make arrangements which will permit the Employees subject to this Agreement to continue to work.

## ARTICLE IX
## Referral and Hiring Procedure

This Article sets forth basic principles and the details of a referral and hiring procedure.

**Section 9.1** In the referral of applicants, the Employer shall be the sole judge of the number of Employees required.

**Section 9.2** The Employer agrees to be bound by the referral practices in the local area.

**Section 9.3** The Employer shall request the Local Union to refer competent and skilled journeymen and Apprentices; to the best of its ability, the Union will refer personnel qualified for the work for which they were requested.

**Section 9.4** The selection of applicants for referral to jobs shall be on a non-discriminatory basis and in accordance with the President's Executive Order 11246, as amended, and Title VII of the Civil Rights Act of 1964 and shall not be based on, or in any way affected by, Union membership, bylaws, rules, regulations, constitutional provisions or any other aspect or obligation of Union membership, policy or requirement.

**Section 9.5** The Employer shall retain the right to reject any applicant referred by the Union with just cause. Termination notices will be filled out in their entirety by the Employer. A copy of the termination notice will be given to the Employee at time of termination and one copy mailed to Local 99 Union office.

**Section 9.6** Applicants referred to the job shall report to an employment office established for the job site.

**Section 9.7** Selection and employment of the required number of Apprentices and the administration of the local Apprenticeship system shall be governed by the terms and procedures established by the Joint Apprenticeship Committee.

**Section 9.8 Classifications for Out-of-Work-List**

**A)** The Union shall refer to the Contractor, such applicants as are competent to fulfill the requirements of the position sought to be filled,

— 7 —

first from Class I then from Class II, and then from Class III, commensurate with rotation of registrants and who have acquired experience and possess the requisite skills for fulfillment of the vacant positions as specified by the Contractor except that,

1. A signatory contractor may choose one employee without regards to his or her position on the out-of-work list and without paying foreman's wages unless he or she is in a supervisory position. For every additional (3) employees of Local #99 that are hired by a signatory contractor per contract year, the contractor may choose a fourth employee without regards to his or her position on the out-of-work list and without paying foreman's wages unless he or she is in a supervisory position. Total of 2 people per contract year.

2. Requests by Contractors for particular applicants in Class I as key men to act as superintendent, general foremen, or foremen shall be honored without regard to the requested man's place on the out-of-work list. **Key men shall retain supervision wages if requested off the out-of-work list for at least 120 consecutive days of employment after being hired or the duration of the job they are running, but in no case less than (120) days. If key person is laid off before the (120) days and than rehired the key person shall start the (120) days over until they have a worked (120) days as a supervisor.**

3. Request by contractors for particular applicants in Class I previously employed by the Contractor and who have been laid off or terminated by the Contractor within ninety (90) consecutive calendar days previous to the request shall be dispatched to that Contractor without regard to the requested person's place on the out-of-work list. Contractor if recalling employee must hire back at same classification as previously hired.

B) Class I, Class II, Class III shall be defined as follows:

1. **Class I** - All plumbers & pipefitters who have had a minimum of five (5) years actual practical working experience as a journeyman or apprentice in the building and construction industry, who are residents of the geographical area constituting the normal construction labor market and who either:

— 8 —

2. Have successfully served an apprenticeship at the trade, under an apprenticeship program approved by the United States Bureau of Apprenticeship and Training, or

3. Have successfully passed any competency examination that adequately tested the degree of skill and training necessary to be competent journeymen. The Joint Apprenticeship and Training Committee shall resolve any question as to what constitutes a "Competency" examination. Provided further that any plumber or pipefitter who is not a resident of the geographic area constituting the normal construction labor market but who meets all other requirements of Class I, may be included in Class I if said individual has been employed four (4) of the last six (6) years by employers signatory to the collective bargaining agreement between the parties to this Agreement.

C) **Class II** – The requirements for Class II Plumbers & Pipefitters applicants are identical with the requirements for Class I applicants, except that such Class II applicants have not met the requirements on residency, in that they are not residents of the geographical area constituting the normal construction labor market, nor have they been employed for four (4) of the last six (6) years by employers signatory to the collective bargaining agreement between the parties to this Agreement.

D) **Class III** – All other Plumbers and Pipefitters applicants not meeting the requirements set forth above for Class I and Class II.

E) **Definitions**

1. Resident-defined as a person who has maintained his permanent home in the area herein as the geographical area constituting the normal construction labor market for a period of not less than one (1) year or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as his permanent home.

2. Normal Construction Labor Market

   a) Defined to mean the territorial jurisdiction of the Local Union party hereto, granted to them under their charter and by awards and resolutions of the International Union.

—9—

b) With respect to the refrigeration and air conditioning employees only, the normal construction labor market shall be the entire territorial jurisdiction embraced by United Association Local 99 of Bloomington, Illinois.

c) All Residential work shall be cover by the United Association National Residential Agreement & Schedule A. between Local 99 Plumbers& Pipefitters and the Bloomington/ Normal Plumbing, Heating, Cooling Contractors Association.

d) Metal Trades performing work related to the plumbing and pipefitting and/or mechanical equipment and service industries, such as gas workers, railroad pipe fitters and in some areas refrigeration mechanics and employees engaged in the speculative housing or residential installation of plumbing and piping systems. (Excluding Building Trades jobs). This category applies to fuel tank removals and piping needed to complete job. New installation is subject to Building Trades Rate.

### Non-Discrimination

A) The Union will not discriminate, either in the maintenance of their list or in their referrals for employment, against any person of the membership, in the Union. The registration of and selection of applicants for referral shall not be cased on or in any way be affected by membership in the Union, or any other union, or by the by-laws, rules, and regulations, constitutional provisions or any aspects or obligation or membership in the Union, the United Association or any other Union.

**Section 9.9** If, upon request, the Local Union is unable within forty-eight (48) hours to supply Journeymen, including Journeymen with special skills, the Employer may secure Journeymen from any other source.

**Section 9.10** Journeymen with special skills shall perform any work coming within the coverage of this Agreement.

**Section 9.11(a)** The first person to register on the appropriate section of the out-of-work list shall be referred out to the first available job, others will be referred out in order as their names appear on the

out-of-work list per class. Due consideration shall be given in making referrals to special skills. For example, where an Employer calls for a welder and the top man on the list is not a qualified welder, the first qualified welder on the list will be sent out.

b)  It shall be the responsibility of each person seeking employment through our hiring hall to notify the Local Union office that he is out of work and that he would like to be placed on the out-of-work list. The person seeking employment must furnish the Union office with his current address and current telephone number and it shall be the responsibility of the Union office and officials only to try to locate the individual at the name or address, which he has furnished. If the Union officials seeking employees for referral have tried for one hour to locate an individual on the out-of-work list but are unable to do so, said individual shall not be considered available for employment and his name shall be removed from its place on the list and placed at the bottom of the list. Attempts to reach individuals for referral need be made only between the hours 8:00 a.m. and 5:00 p.m., Monday through Friday. The duty to contact individuals for referral shall extend only to the telephone number and address, which has been furnished to the Local Union.

c)  Any individual on the out-of-work list, whether working outside the jurisdiction of Local 99 on travel card or being within the jurisdiction of Local 99 but not working at the trade, who refuses a referral for employment within the jurisdiction of Local 99, shall be allowed to turn down a job offered to them and be placed at the bottom of the out-of-work list. This will be allowed once in a thirty (30) day period. If the employee turns down a 2nd job within thirty days, the person will be considered not available for employment and shall be removed from out-of-work list for two (2) weeks. After two (2) weeks, it is the employee's responsibility to sign back on the out of work list.

d)  In registering on the out-of-work list, each registrant must register in person at the Union office. No registrations will be accepted for any individuals from wives, friends or others.

e)  Any member of Local 99 who is working in a sister Local Union and who then returns to the jurisdiction of Local 99 must return his travel card to the Local Union office before he will be referred for employment.

— 11 —

**f)**   Any individual requesting information about the out-of-work list or the availability of work shall make such request in person at the Local Union office.

Out of work list: Traveler:

1) For all members covered by the U.A. Constitution willing to travel outside the jurisdiction of Local 99.  Members will be selected by qualifications and request from Business Managers and Business Agents from other Local jurisdictions.

    I.   Traveling- your dues must be paid current to be issued a job outside our jurisdiction.

    II.  If a member is working outside Local 99 jurisdiction and is required to stay until the job is completed (Power House's are an example where the Union's are requesting the persons traveling to work until job is completed). They will not lose their position on the OWL List and will proceed upward until they can go no further, also they will not be contacted for employment within Local 99 jurisdiction until the job is completed and they have reported back to Local 99 in person.

# ARTICLE X
## Economic Package

**Section 10.1**
**Re: Building Trades Wages Effective May 1, 2007 through April 30, 2008**

| | | |
|---|---|---|
| Wages per hour | $ 34.95 | * |
| Pension Fund Contribution Per Hour | 6.90 | * |
| Health & Welfare Contribution Per Hour | 6.45 | * |
| Apprentice Fund Contribution Per Hour | 1.15 | * |
| Political Action Committee (PAC) | .05 | ** |
| Working Dues Checkoff Deducted | 3.5% | Gross Wages |
| Industrial Fund | .50 | * |
| National Apprenticeship Fund (ITF) | .05 | * |
| Organizing Fund | .35 | ** |
| Voluntary 401K | | |
| **Total Package Per Hour** | **$  50.00** | |

\*   Employer Contribution
\*\* Employee Contribution
**Total Increase**          **$  1.50**

**Re: Building Trades Wages Effective May 1, 2008 through April 30, 2009**

| | | |
|---|---|---|
| Wages per hour | $ TBD | * |
| Pension Fund Contribution Per Hour | TBD | * |
| Health & Welfare Contribution Per Hour | TBD | * |
| Apprentice Fund Contribution Per Hour | TBD | * |
| Political Action Committee (PAC) | TBD | ** |
| Working Dues Checkoff Deducted | 3.5% | Gross Wages |
| Industrial Fund | .50 | * |
| National Apprenticeship Fund (ITF) | TBD | * |
| Organizing Fund | TBD | ** |
| Voluntary 401K | | |
| **Total Package Per Hour** | **$51.35** | |

\*   Employer Contribution
\*\* Employee Contribution
**Total Increase**          **$  1.35**

Re: Building Trades Wages Effective May 1, 2009 through April 30, 2010

| | | |
|---|---|---|
| Wages per hour | $ TBD | * |
| Pension Fund Contribution Per Hour | TBD | * |
| Health & Welfare Contribution Per Hour | TBD | * |
| Apprentice Fund Contribution Per Hour | TBD | * |
| Political Action Committee (PAC) | TBD | ** |
| Working Dues Checkoff Deducted | 3.5% | Gross Wages |
| Industrial Fund | .50 | * |
| National Apprenticeship Fund (ITF) | TBD | * |
| Organizing Fund | TBD | ** |
| Voluntary 401K | | |
| **Total Package Per Hour** | **$52.70** | |

\* Employer Contribution
\** Employee Contribution

| | |
|---|---|
| Total Increase | $ 1.35 |

**Section 10.2** The wage scale for Apprentices shall be as follows:

| | |
|---|---|
| 1st 6 months | 45% Journeyman's Scale |
| 2nd 6 months | 50% Journeyman's Scale |
| 3rd 6 months | 55% Journeyman's Scale |
| 4th 6 months | 60% Journeyman's Scale |
| 3rd Year | 65% Journeyman's Scale |
| 4th Year | 75% Journeyman's Scale |
| 5th Year | 85% Journeyman's Scale |

**Section 10.3 - Supervision**

**A.** Superintendent shall receive 17% above the Journeyman rate.

**B.** General Foreman shall receive 13% above the Journeyman rate.

**C.** Foreman shall receive 8% above the Journeyman rate.

**Section 10.4 - Overtime -** All work performed outside the regularly scheduled working hours and on Saturday up to ten (10) hours shall be at one and a half time the rate of pay. All other hours performed outside these hours and on Sunday's and Holidays shall be paid for at two (2) times the regular straight time rate of pay.

a. If at the end of eight hours of constructive labor the Employee is required by the Contractor to work over time, he shall be permitted a 30 minute paid lunch break after 10 hours of labor.

— 14 —

## ARTICLE XI
### Wages

Section 11.1 The straight time hourly wage rate of pay per hour under this Agreement shall be as set forth in Article X of this Agreement.

Section 11.2 Apprentices shall serve a term of apprenticeship as stipulated in their contract with the Apprenticeship Committee. The hourly wage rate for Apprentices shall be provided in Article X, Section 10.2, of this Agreement.

Section 11.3 Contributions to fringe benefit funds shall be made on behalf of all new Apprentices starting from the first day of employment.

Section 11.4 It is the intent and purpose of this section that fringe benefit contributions on behalf of key Employees shall be paid to the fringe benefit funds of their home Local Unions and that there shall not be a double payment of fringe benefit contributions to the funds of the local in whose jurisdiction the key Employee is employed. When an Employer subject to this Agreement, whose principal place of business is within the geographical jurisdiction of this Agreement, sends a key Employee represented by the Union to a job outside the area covered by this Agreement, the Employee shall be paid the total economic package of the local union in whose jurisdiction he is working or of the Union party to this Agreement, whichever is higher. The fringe benefit contributions for such key Employee shall be those specified in this Agreement and shall be paid on behalf of such key Employee by the Employer to the fringe benefit funds set forth in this Agreement. When an Employer is subject to this Agreement, whose principal place of business is outside the geographical jurisdiction of this Agreement, brings in a key Employee to a job in the area covered by this Agreement, the key Employee shall be paid the total economic package of the Union party to this Agreement or of his home Local Union, whichever is higher. The fringe benefit contributions for such a key Employee shall be those specified in the Agreement of his Local Union and shall be paid on behalf of such key Employee by the

Employer to the fringe benefit funds set forth in the agreement of his home Local Union.

**Section 11.5 Referral Slips** will classify all employees as per rate of wages and classification of worker.

## ARTICLE XII
## Hours of Work, Overtime and Shift Work

**Section 12.1 Flexible starting time.** May be from 6:00A.M. to 10:00 A.M. This applies only during a working day consisting of (8) hours Monday through Friday. On normal single shift operations, eight (8) hours shall constitute a day's work. (Example given)  Eight (8) hours of constructive labor between the hours of 8:00 A.M. to 12:00 P.M. and 12:30 P.M. to 4:30 P.M. shall be considered a day's work. No employee covered by this Agreement shall be required to report for work more than 15 minutes before starting time. Any variation in starting time shall be by prior agreement with the Union hall.

**Section 12.2** Overtime wage rates shall be provided in Article X, Section 10.4, of this Agreement and shall be paid after eight (8) hours work on any day, Monday through Friday, and on Saturdays, Sundays, and Holidays. (Please note that after ten (10) hours on Saturday two (2) times the rate of pay shall be paid).

**Section 12.3 Shift Work: (a)** Where or when it may be necessary to work shifts for a period of not less than three (3) consecutive week days, the first shift shall work of straight time, the second shift at 10% additional, and if needed the third shift can be worked at 20% additional. Shift one: 8:00 A.M. to 4:00 P.M.  Shift two: 4:00 P.M. to 12:00 A.M. Shift three 12:00 A.M. to 8:00 A.M.  or within two hours of same. These rates apply Monday through Friday, Saturday, Sundays and Holidays will be paid at the negotiated overtime rates of the contract.

The Contractor may elect to work two (2) shifts of twelve (12) hours. The following rules will apply if this shift is used: The first (8) hours of the first shift will be paid straight time with the next four (4) hours being

paid at time and one half. The second shift will be paid 15% above the hourly rate for the first (8) hours, then the next four (4) hours will be paid at time and one half. These rates apply Monday thru Friday. Saturday, Sundays and Holidays will be paid at the negotiated overtime rates of the contract.

**Section 12.4** Sundays and the following Holidays -- New Year's Day, Memorial Day, Independence Day, Labor Day, Veteran's Day (November 11th), Thanksgiving Day, Friday following Thanksgiving Day, and Christmas Day, if Christmas Day and New Years Day falls on a Saturday the Friday before will be observed as a Holiday these shall be considered as overtime, which shall be paid at the rate of double time. There shall be no work performed on Labor Day. If Holidays fall on Sunday, the Holiday shall be celebrated on the following Monday.

## ARTICLE XIII
## Payday, Accountability and Termination

**Section 13.1** The Contractor shall be allowed a maximum of one (1) week hold back on wages. When Employees are laid off or discharged, they shall be paid in full at the time of termination of employment. If an Employee quits, he will be paid in full at the end of the next regular pay period. In the event of the termination of any Employee or Employees, the Employer shall notify the local union office of said termination, by telephone, on the same day on which it occurs. It is also mandatory that termination slips be used as provided to the Employer by the Union. The triplicate set of termination notice is to be distributed as follows:

a) Original (white) to Local Union Office not later than seven (7) days after termination.

b) Duplicate (yellow) for Employer's file.

c) Triplicate (pink) to the terminated employee at the time of discharge.

**Section 13.2** Each Employee shall be given a separate check stub or prepared slip showing the information required by law.

Section 13.3    The Employee will account for all tools, issued properties and materials belonging to the Employer upon termination of employment.

## ARTICLE XIV
## Supervision

**Section 14.1 Superintendent.** The Contractor (Owner) shall provide efficient supervision of the work during its progress. The Contractor may supervise any and all work within the jurisdiction of Local Union 99. In the event that said Contractor uses a Superintendent as his agent to supervise his work, said Superintendent shall supervise no more than one project in any eight-hour period. No Superintendent shall be required to work with the tools.

**Section 14.2 General Foremen.** The General Foreman shall be an agent of the Employer and be required when there are two (2) or more Foremen employed on a job. No General Foreman shall be required to work with the tools.

**Section 14.3 Foreman.** The Foreman shall be selected by, and be the agent of the Employer. He shall be a competent mechanic at his trade and be subject to the terms of this Agreement and its working rules. When having three or more Journeymen including the Superintendent on said job, a Foreman shall be selected per each branch of the Plumbing and Pipefitting trade. When eight (8) or more additional journeyman are employed in any branch of the trade or any one job it will require an additional foreman per eight (8) men.

## ARTICLE XV
## 401K Voluntary Fund

**Section 15.1 Each Employer covered by this Agreement shall deduct from the wage rate and pay to the Voluntary 401 K the sum that is chosen by the employee from the list of choices given. These payments shall be made not later than the fifteenth (15th) day of each month following the month for which payment is being made.**

The Pension Trustees shall oversee the Voluntary 401K program. (Please refer to Voluntary 401 K Plan for rules governing 401 K benefit options.)

The 401 K Plan shall begin on August 1, 2001.

## ARTICLE XVI
## Health and Welfare Fund

Section 16.1  Local Union No. 99 Health and Welfare Fund. This trust is known as East Central Illinois Pipe Trades. During the life of this Agreement, there shall continue to be paid into "Local 99 Health and Welfare Fund" by each Employer signatory hereto the sum that is prescribed in Article X for each Employee covered by this Contract, employed by such Employer. Such Fund has its place of business in Bloomington, Illinois, and it is operated by a Board of Trustees, one (1) of who is appointed as representative of the Employers, and one (1) of whom is appointed as representative of Local Union 99. Two (2) Trustees so named and designated shall constitute representation on the Health and Welfare Fund as outlined in the East Central Illinois Pipe Trades documents.

It is further agreed that this Fund is an irrevocable trust heretofore established, created pursuant to the above quoted statute, and shall endure as long as the purposes for its creation shall exist.

It is understood and agreed that a trust agreement has been executed providing for the said Fund. That said Fund is for benefits to the Employees of said Contractors, their families and dependents, for medical or hospital care, for the providing of group insurance, accident, health or hospital care, protecting employees against the loss of wages as a result of absence due to non-industrial accidents, ill health or sickness, hospitalization insurance covering hospital expenses, medical and surgical insurance compensating Employees for the purchase of medical supplies, and for the payment of doctor's fees and maternity care.

It is further understood and agreed that the exact coverage to be obtained, the qualification of Employees and their dependents for

coverage, and such related questions are dependent upon the separate trust agreement and the purchase of benefits, to be determined and amended from time to time by the Trustees.

**Section 16.2 (a)** Contributions to the Health and Welfare Fund of Local 99 shall be made to duly authorized collecting agent on or before the fifteenth (15th) day of each calendar month, and shall be of an amount equal to the entire amount due at the end of the immediately preceding calendar month.

**b)** Each Employer shall include with his payment to the Health and Welfare Fund of Local 99 a statement bearing the name, social security number, and the total number of hours of employment of each Employee during the immediately preceding calendar month.

**c)** Payments to the Health and Welfare Fund of Local Union 99 shall be computed on the total number of hours of employment of each Employee during immediately concerned calendar month, and shall be computed as prescribed in Article X.

**d)** Monies paid into the Health and Welfare Fund of Local Union 99 shall not be construed as any part of wages due to participating Employees.

## ARTICLE XVII
## Pension Fund

The Employers will contribute as prescribed in Article X for each and all Employees, working within the jurisdiction of Local Union 99, or whom the Employer on a mission of employment has sent out of the jurisdiction.

**Section 17.1**   There shall be established for all Employees of Plumbers and Pipefitters Local Union 99 a beneficial trust fund, to be known as the Pension Fund of Local union 99 of the United Association of Plumbers and Pipefitters of the United States and Canada.

**Section 17.2** The Pension Fund of Local Union 99 shall be administered as provided for in a supplementary agreement to be known as the Agreement and Declaration of Trust of Local 99 of the United

Association of Plumbers and Pipefitters Pension Fund, which Agreement shall be drafted in accordance with the pertinent statutes and regulations pertaining to qualified Pension Plans and said qualifications obtained before April 15, 1967. This shall be a continuing matter, and not subject for negotiation after April 15, 1966.

**Section 17.3 (a)** Contributions to the Pension Fund of Local 99 shall be made to the duly authorized collecting agent on or before the fifteenth (15th) day of each calendar month, and shall be an amount equal to the entire amount due at the end of the immediately preceding calendar month.

**b)** Each employer shall include with his payment to the Pension Fund of Local 99 a statement bearing the name, social security number, and the total number of hours of employment of each Employee during the immediately preceding calendar month.

**c)** Payments to the Pension Fund of Local Union 99 shall be computed on the total number of hours of employment of each Employee during the immediately concerned calendar month, and shall be computed as prescribed in Article X.

**d)** Monies paid into the Pension Fund of Local Union 99 shall not be construed as any part of wages due to participating Employees.

**e)** There shall also be established a National Pension Fund of which contributions shall be contributed accordingly for MESCE, Residential and Metal Trades employees only.

## ARTICLE XVIII
## Apprenticeship Fund

**Section 18.1** During the life of this Agreement, each Employer shall pay the sum negotiated per man hour for man hours worked into the Joint Apprenticeship Training School Fund. It is agreed that this Fund is to be administered by Trustees in equal number from Union and from the Employer, and that said fund shall be in accordance with the terms of a written Trust Agreement approved by the proper offices of the Union and authorized representatives of the Employer. For negotiated rate see wage and fringe package.

**Section 18.2** The Joint Apprenticeship and Training Committee shall be composed equally of three (3) members representing the Local Union and three (3) members representing the Employers. This committee has sole responsibility of Apprenticeship Training.

**a) Age.** All applicants shall be the age of eighteen (18) years old or older and a legal resident of the jurisdictional area of United Association Local Union 99.

**Section 18.3** Each shop employing one (1) or more Journeymen year round (2000 hours per year) may employ one (1) Apprentice. Each shop employing two (2) or more Journeymen year round (2000 hours per year) may employ two (2) Apprentices, but at no time shall an Apprentice work in a shop unless a Journeyman is employed. After the second Apprentice is employed with a second journeyman, the ratio shall be 2 journeyman to 1 Apprentice.

**Section 18.4** Payments received by this fund shall be used for the purpose of conducting training programs for Journeymen, Apprentices, and any other category of Employees covered by this Agreement and for the hiring and employment of training coordinators and instructors who are to conduct such programs.

**Section 18.5** Contributions to the Apprenticeship Fund of Local 99 shall be made to the duly authorized collecting agent on or before the fifteenth (15th) day of each calendar month, and shall be an amount equal to the entire amount due at the end of the immediately preceding calendar month.

**a)** Each Employer shall include with his payment to the Apprenticeship Fund of Local 99 a statement bearing the name, social security number, and the total number of hours of employment of each Employee during the immediately preceding calendar month.

**b)** Payments to the Apprenticeship Fund of Local Union 99 shall be computed on the total number of hours of employment of each Employee during the immediately concerned calendar month, and shall be computed as prescribed in Article X.

**c)** Monies paid into the Apprenticeship Fund of Local Union 99 shall not be construed as any part of wages due to participating Employees.

d)  There shall be established a Fund called International Training Fund ( ITF ). This fund will have a check-off of $.05 cents per working hour. The monies will be sent to the ITF to help supplement the United Association Training Fund.

## ARTICLE XIX
## PAC

**Section 19.1 (Political Action Fund)**  A fund for the purpose of aiding candidates for public office favorable to the aims and objectives of the majority of the membership of said Local 99. ($.05 Deducted per hour from employees for duration of contract)

## Contribution Fund

**Section 20.1** To aid members in time of duress and donations to approved charitable organizations upon request.

## ARTICLE XX
## Federal Safety Act

**Section 21.1** It is herein agreed that, in accordance with the Williams-Steiger Occupational Safety and Health Act of 1970 of the Federal Government, all Employees will comply with this Act or be subject to dismissal with no recourse.

## ARTICLE XXI
## Jointly Administered Fringe Benefit Funds

**Section 22.1** The Employers and the Union covered by this Agreement agree to be bound by all terms of the trust agreements creating the Welfare Fund, the Pension Fund, Education Fund, and any other jointly administered fringe benefit funds established pursuant to Section 302 of the Labor-Management Rights Act of 1947, as amended, and by all of the actions and rules of the Trustees administering such

funds in accordance with the trust agreements, and regulations and rules shall not be inconsistent with this Agreement, and hereby accept as Trustees appointed under and in accordance with such trust agreements.

Section 22.2 The Trustees of the respective Funds are hereby authorized to establish a schedule of liquidated damages to be assessed against, and to be paid by, any Employer who fails to make timely payments to said Funds in accordance with the provisions of this Agreement.

Section 22.3 The Trustees, administrators, officers, or directors, respectively, of the several Funds (to which Funds payments were required to be made by Employers under this Agreement) may, for the purpose of collecting any payments required to be made to such Funds, including damages and costs, seek any appropriate legal, equitable and administrative relief, and they shall not be required to invoke or resort to the grievance or arbitration procedure otherwise provided for in this Agreement. In the event it becomes necessary to initiate any such authorized action against any Employer, such Employer shall be obligated to pay the respective Funds all expenses incurred by the Trustee in such action including reasonable attorney fees.

Section 22.4 In the event that any Employer is delinquent in his contributions for any of the following funds:

a) Health and Welfare

b) Pension

c) Apprenticeship Training (Local)

d) Voluntary 401 K Fund

e) PAC Fund (Political Action Committee)

f) Union Dues Check-off (assessments)

g) Industrial Fund (All employers hiring employees from local 99 will pay the proper amounts negotiated to Industry Fund).

h) International Training Fund (ITF Fund)

i) Organizing

j) Or other funds agreed to jointly by the BNPHCC and Local 99

The Trustees of the aforementioned plans shall impose liquidated damages in the amount of twenty (20%) percent of the delinquent contribution to be applied if received after the due date. In addition, interest in the sum of twelve (12%) percent annualized and accruing at the rate of one (1%) per month will also be applied. The interest will accrue as long as the delinquency remains outstanding. Local 99 shall, on the Monday following the fifteenth (15th) of each month, take all Employees covered by this Agreement from the Employment of the Employer until such time that payments are received. If the Employer is completing or has completed a job but is delinquent in payments into said Funds, Local 99 shall refuse to supply men for any new jobs that the Employer shall start in the future.

**Section 22.5**   All Employers shall be required to provide Local Union 99 with a wage and fringe benefit bond per schedule before the commencement of any work on any job and before any Employee covered by the contract shall be referred to the Employer. If such bond cannot be procured, a cash bond must be substituted.

**Wage Bond Schedule:**

| | |
|---|---|
| 1 -  3 Employees | $10,000.00 |
| 1 -  6 Employees | 20,000.00 |
| 1 -  9 Employees | 30,000.00 |
| 1 - 12 Employees | 40,000.00 |
| 1 - 15 Employees | 50,000.00 |
| 1 - 18 Employees | 60,000.00 |
| 1 - 21 Employees | 70,000.00 |
| 1 - 24 Employees | 80,000.00 |
| 1 - 27 Employees | 90,000.00 |
| 1 - 30 Employees | 100,000.00 |

# ARTICLE XXII
## Work Rules and Miscellaneous Provisions

**Section 23.1** The following work rules are applicable to all work covered by this Agreement:

1. There shall be no limit on production by workmen no restrictions on the full use of tools or equipment. Craftsmen using tools shall perform any of the work of the trade, and shall work under the supervision of the Craft Foreman. There shall be no restriction on efficient use of manpower other than as may be required by safety regulations provided, however, legitimate manning practices that are part of national or local agreements shall be followed.

2. Security procedures for control of tools, equipment and materials are solely the responsibility of the Employer.

3. Practices not a part of the terms and conditions of collective bargaining agreements will not be recognized.

4. It is agreed that overtime is undesirable and not in the best interest of the industry or the craftsmen. Therefore, except in unusual circumstances, overtime will not be worked. Where unusual circumstances demand overtime, such overtime will be kept at a minimum.

5. Wages must be paid Friday at 4:30 P.M. Wages may be paid on the job or at the office of the Employer. Employees being paid at the shop shall be allowed sufficient time to make out time record cards, and to be paid at quitting time. If the wages are not ready at the specified time stated in this Article, the Employees shall receive double time until wages have been paid. If required by the Contractor, the Employees shall remain on the job until they have received their pay.

6. There shall be no alterations, remodeling or new work performed on Saturday, Sundays or Holidays without the Contractor or Journeyman in charge first notifying the Business Manager, Business Agent or the Local Union having jurisdiction over said job. This does not apply to emergency service or repair work.

7. All Employees shall be at the shop or their respective assigned jobs and at work during the hours prescribed in Section 2.1. Tardiness may be punishable by requiring the workman to wait until the half (1/2) hour to commence work.

8. An Employer subject to this Agreement when performing work located outside the territorial jurisdiction of Local #99 agrees that the Superintendent assigned by him to be in charge of the work in such area shall be a qualified and competent craftsman from this jurisdiction. The wages paid to the Superintendent in charge of the work shall be at the rate current in the jurisdiction of Local #99 or current in the territory where the work is being performed, whichever is the highest rate. The Employer shall pay the board and expense of such Superintendent. Such board and expenses are not to be considered wages. In addition to wages and expenses, the employer agrees to contribute to Local #99 Welfare, Pension and Training Funds for him. Contractors to pay into only one Local Union benefit fund.

9. The Employer shall have the right to deduct from the wages of a workman the actual cost of any damage done to property or material through his proven carelessness or neglect.

10. No Employee covered by this Agreement shall be required to engage in piecework, lumping or subcontracting.

11. Employers shall furnish Journeyman all tools necessary to do the work of his craft. No tools, vehicle, or equipment shall be loaned or leased to any Employer by any Journeyman or his immediate family. All tools supplied by Contractor shall be turned back at completion of job, and the employee shall be responsible for lost tools.

12. The Contractor shall be responsible for the availability of drinking water on the job.

13. On completion of major construction, Contractors shall rehire all Journeymen and Apprentices for additional construction through the Union in the manner provided in Article IX.

14. Any Employer or owner of a firm, partnership, corporation or other business entity signatory to this collective bargaining Agreement may perform plumbing, steam fitting, or pipe work as defined in this Agreement. However, in the event that any Employer or owner does perform work covered by this Agreement, a contribution to the Joint Apprenticeship Training Fund shall be made for each hour worked by the Employer or owner. An hourly contribution rate shall be paid equivalent of the total hourly fringe benefit contribution paid by the

Employer on behalf of Employees subject to the terms of this Agreement. One member of each firm, partnership or corporation shall be exempt from the aforementioned.

15. For all Employees covered by this Agreement, the Employer shall carry Workmen's Compensation Insurance with a company authorized to do business in this state. All Employers shall likewise carry Social Security and Unemployment Compensation Insurance, and satisfactory proof of qualification shall be furnished to the Union.

16. The Union reserves the right to discipline its members for violations of its law, rules and agreements.

17. An Employee, after being hired and reporting for work at the regular starting time and for whom no work is available, shall receive pay for two (2) hours at the basic straight time hourly rate of wages, unless he was notified before leaving his home not to report, and an Employee who reports for work and for whom work is available shall receive not less than four (4) hours pay and, if more than four (4) hours are worked in any one day, he shall receive not less than a full day's pay. Exceptions, however ,shall be when strike conditions make it impossible to put such an Employee to work, when stoppage of work is occasioned thereby, or when an Employee leaves work of his own accord. When the conditions set forth in this paragraph occur on an overtime day or on shift work, the premium rate shall be paid.

18. An Employee reporting for work at the regular starting time at shop or job, and for whom no work is available due to weather conditions, will receive two- (2) hours pay for reporting time. To be eligible to receive such reporting pay, the Employee must check in at the job or shop at the regular starting time and remain there for two (2) hours. In order to qualify for the pay provided for in this Article, the Employee must remain on the job available for work during the period of time for which he receives pay unless released sooner by the Employer's principal supervisor. After starting to work and work is stopped because of weather conditions, the Employee shall receive pay for the actual time on the job but in no event, for less than two (2) hours. The Employer shall have sole responsibility to determine availability of work due to weather conditions. When the conditions set forth in this paragraph occur on an overtime day, or on shift work, the premium rate shall be paid.

19. When an Employer considers it necessary to shut down a job to avoid the possible loss of human life because of an emergency situation that could endanger the life and safety of an Employee, Employees will be compensated only for the actual time worked.

20. The Employer agrees to conform to all city, county and state health and safety measures, and to comply with all sanitation and safety rules.

21. Employees shall not be required to work with unsafe equipment or materials or where adequate safeguards are not provided, and the Employer shall furnish such safety equipment as, in its opinion, it considers necessary, taking into consideration the most modern safety tools and equipment.

22. Whenever it is necessary for Employees to take the welding tests, the cost of such tests shall be paid by the Contractor (up to eight- (8) hour's pay). If UA Certification is recognized, the foregoing does not apply.

23. All necessary tools used in the cutting and welding of pipe shall be furnished by the Employer. This shall include gloves, leather sleeves, goggles and hoods.

24. All test ribbons shall be turned over to Local Union 99 upon request if and when possible.

25. No welder shall be looked out unless by a Certified Welding Inspector or broken out unless the ribbons or straps are cut, pulled or bent.

26. If required by Contractor, all tools shall be put away or checked into tool room on company time.

27. Due to safety factor, any Journeyman in actual process of welding shall not work alone and must have a pipefitter with him at all times due to safety factor.

28. When a company's Superintendent is required to stay and work overtime on a job, the Steward shall be permitted to stay and work. Exceptions shall be when the Superintendent is required to attend site meetings after regular working hours or when the job site office requires him to remain overtime.

29.  All U.A. members going to work within the jurisdiction of Local 99 shall first report to the Local Union office on the first day of employment.

30.  Any U.A. member clearing into the jurisdiction of Local Union 99 to act as a Superintendent on a job must place a Local man on the job as soon as he starts work.

31.  Once a Contractor's payroll check is returned for insufficient funds, causing a member's paycheck to be held up or delayed, said Contractor shall be required to pay in cash thereafter.

32.  Twenty cents ($.20) risk pay per hour additional to the prevailing wage scale would be required for each thirty (30) feet in height above the ground of poured concrete floor to the platform or any structure on which such man would be standing. Such additional payments will apply to the entire shift on such employment for each man who will be in the air in excess of one (1) hour.

33.  Twenty-five cents ($.25) per hour additional to prevailing wage scale would be paid for each ten (10) feet in depth in trenches or wells unless such men were working in protective shelters. Such payments shall apply to bottom men for an eight (8) hour period.

34.  One dollar ($1.00) per hour additional to the prevailing wage scale would be paid for hot tie-in on oil or gas lines, such additional payment to apply to those employed to do the tie-in.

35.  All handling, laying out and installation of water mains will be by United Association members. Supervision for handling and installation of all water mains and services will be by a United Association member. At no time shall less than two (2) men be used for laying and installation of water mains.

36.  An Employee shall have the right to refuse to cross any picket line, and no Employee shall be penalized or disciplined for evoking such right.

37.  When handling pipe by hand, there shall be an Employee covered by this Contract for every inch in diameter per length, such as: two (2) inch pipe - two (2) U.A. men; four (4) inch pipe -- four (4) U.A. men, etc., when such pipe is eighteen (18) feet and over, and

when such pipe is cast iron and/or steel pipe. Exceptions shall be when such pipe is being handled by special equipment.

38. All Employees shall be required to notify the Employer one (1) hour prior to starting time if said Employee is unable to work.

39. When Welders are required to be certified, have taken and passed the necessary test, they shall be paid fifty cents ($.50) per hour above the Journeyman rate, but only on work requiring certification.

40. Journeymen, Plumbers, Pipefitters and Apprentices shall test all work installed by United Association craftsmen.

41. If employees are furnished company transportation said Employee shall travel both ways on Employee's time, within or outside city limits.

**Section 23.2 Davis-Bacon Act.** It is herein agreed that, in accordance with the Davis-Bacon Act of the Federal Government, when there is a change to be made in wage rates, each Employer shall at once furnish the Recording Secretary of Local 99 with three (3) certified copies of the wage rates existing at the time of change. These statements shall be made under the letterhead of the firm furnishing them.

**Section 23.3 Pre-Job Conference.** There shall be a pre-job conference prior to the commencement of any new construction, alterations and remodeling within the territorial jurisdiction of Local Union 99 so that the Union can secure all work covered by this Agreement; the conference may be called by either the Union or Employer at the job site, or mutually agreed location.

**Section 23.4 Steward.** Business Manager of Local 99 shall have the right to appoint a Steward or as many Stewards as is deemed necessary by the Local Union to enforce the provisions of this Agreement. At no time shall a Steward be discriminated against because of his faithful performance of his duty. The Steward shall perform all of his duties under the terms of this Contract and under the direct supervision of the Business Manager. A Steward shall remain on the job until it is completed unless removed by the Business Manager of Local 99.

A Steward shall not serve as Foreman if the job required ten (10) or more men on any one job. A Steward shall receive fifty cents ($.50) above the rate of the scale for Journeymen if ten (10) to twenty four (24) men are employed. With twenty-five (25) men and over, the Steward shall receive one dollar ($1.00) above the rate of the Journeymen scale. **When there are more than (50) UA people working on any job for an individual contractor the steward shall be paid at the General Foreman rate of pay.** A Steward shall have complete jurisdiction over the Employees covered by this Contract. When any Employee covered by this Contract is working overtime on any project, the Steward shall remain on the job until the overtime is completed. In case of accident to Employees covered by this Contract, he shall take charge of the injured and gather all evidence available and, if necessary, accompany the injured to the hospital, home or doctor. If a Contractor has more than one job in the jurisdiction, there shall be a Steward appointed per each job. Once a steward has been appointed on a particular job, he shall not be transferred to another job unless the Business Manager is notified of transfer. No person shall have the right to interfere with the working men during the working hours except the Business Manager and the Steward on the job. (The only exception will be qualifications: Example a plumber is needed to work over and the steward does not have a plumbing license. A joint agreement must be made between the Business Manager and the Contractor in such cases.

**Section 23.5 Temporary Heat.** On Temporary Heat, on new or remodeled construction projects, the Heating Contractor Employer (and/or Employee) covered under the terms of this Agreement shall operate all of the following equipment and systems:

1. Permanent steam boilers and all related equipment.

2. Permanent hot water boilers and all related equipment.

3. Permanent unit heaters, gas fired, oil fired, steam and water for permanent system.

4. When Permanent heating, refrigeration and air conditioning equipment regardless if the aforementioned units and systems are operated as a temporary or permanent installation, and when such

work is deemed necessary for the completion of any and all construction projects, or in the event to protect the health and safety of the Employees. In the event that the boilers would require a full time operator, Local Union 99 shall also provide a man per shift for the standby and maintenance of the equipment. Temporary heat shall remain within the jurisdiction of Local Union 99 until the entire segment, unit or system is accepted by the owner and/or his agent, and the Contractor has turned the complete job over to the owner or his agent. At this time, the Contractor's guarantee shall take effect. There shall be a letter from the owner or his agent directed to the Contractor in regard to this, and a copy shall be sent to Local Union 99.

5. Permanent systems being used for temporary heating shall be under the jurisdiction of Local Union 99.

6. Monday through Friday, during the regular working hours, wages shall be paid at the Journeyman's rate. After regular working hours, Monday through Friday, the rate will be paid at one & a half (1 1/2) times the rate of journeyman pay. Sunday's and Holidays will be paid at double (2) time the rate of journeyman pay. Saturday up to ten (10) hours will be paid at time and one-half the journeyman rate of pay and all other hours on Saturday will be at double (2) times the rate of journeyman pay.

### ARTICLE XXIII
### Fabrication

Section 24.1 The parties agree that this Article is a material and substantial part of this Agreement, establishing terms of employment, and that the breach of any provision of Article constitutes a substantial breach of this Agreement. The parties agree, that, upon breach of this Article, either party may, as its option, seek enforcement by judicial determination or by other judicial relief that it deems appropriate, or it may submit the violation of this Article to arbitration in accordance with Article VIII.

Section 24.2 All pipe may, at the option of the Employer, be fabricated on the job or in a shop within the territorial area defined in this Agreement and by Journeyman Employees who are covered by

this Agreement, receiving the Building Trades rate of pay and working under conditions set forth in this Agreement. This does not apply to packaged boilers, chillers and pumps.

## ARTICLE XXIV
### Subcontracting

**Section 25.1** The Employer agrees that he will not subcontract or sublet any plumbing or pipefitting work or any work in connection there with or any work coming within the trade jurisdiction of the Local Union 99 to any person, firm, or corporation not under contract with or employing members of the Local Union 99 or members of the United Association.

Any Employer who sublets any of his work on any project, which is work of the Journeymen and/or Apprentices of the Plumbing and Pipefitting Industry, must let same subject to this Agreement, and he will be held responsible for fulfillment of this Agreement. In the event of a jurisdictional dispute on any job, the procedural rules and regulations of the National Joint Board of the Settlement of jurisdictional disputes shall be followed.

## ARTICLE XXV
### Industrial Promotion Fund

**Section 26.1** The Employer agrees to promote programs of Industry, Education, Research and Promotion, such programs serving to expand the market for their services and skills of the Plumbing, Heating and Cooling Industry and to promote educational activities for the Employers and their Supervisory Employees.

**2.** The Employer shall pay into the Bloomington-Normal Piping Industrial Promotion and Education Fund the negotiated amount per hour to the Industry Fund for each hour worked by each Employee covered by this Agreement. Payment shall be made monthly on or before the fifteenth (15th) day of the succeeding month and shall be remitted in care of the Bloomington-Normal Piping Industry Promotion and Education Fund.

**3.** No part of the payments to the Fund shall be used for political or anti-Union activities, nor shall the method of collection or any activity of this program conflict with the interest of the Union.

**4.** The Administration and operation of the Industry Promotion Fund shall be in accordance with the provisions of an Agreement and Declaration of Trust, which is herewith adopted by reference and made part of this Agreement.

## ARTICLE XXVI
## Union Dues Check-off

**Section 27.1**  Each Employer covered by this Agreement shall deduct working dues from the wages of all Employees covered by this Agreement and pay to Local Union 99 the sum of three and one half percent (3.5%) of gross wages, per week or such other amounts as may be uniformly required of other members of the Union, and remit the said amounts withheld to Local Union 99 no later than the fifteenth (15th) day of each month following the month for which the said working dues were withheld.  Upon request, the Union shall furnish the Employer signed authorization for all deductions made, including authorization for the deduction from the wages of Employees of working dues.

## ARTICLE XXVII
## Duration, Termination and Renewal of Agreement

**Section 28.1**

**1.** This Agreement upon signing, will be effective retroactive to **May 1, 2007 and shall continue in full force and effect for a period of three (3) years, until and including April 30, 2010.**

**2.** The Employer agrees that all conditions of employment relating to wages, hours of work, overtime, differentials and general working conditions shall be maintained at not less than the highest minimum standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be improved whenever specific provision for improvements are made elsewhere in this Agreement.

3. Agreement covering wages, hours, and working conditions between plumbing, steam fitting, refrigeration, and piping contractors, hereinafter called "Employer", and Local Union 99 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, hereinafter called "Union".

This Agreement shall be in effect **May 1, 2007 through April 30, 2010** and shall remain in effect from year to year there after unless objections are made by registered mail by one or more of the interested parties at least sixty (60) days prior to the expiration date, as set forth above, or the yearly expiration date thereafter.

**Section 28.2** The Union agrees that it will use its best efforts, when negotiating labor agreements with contracting Employers not covered by this Agreement, to have such labor agreements provide for wages, hours and other **conditions of employment which are economically equivalent to those provided for in this Agreement and will adopt this as the "Favored Nation's Clause", with the exception of when organizing a new contractor or when using a Project Labor Agreement (PLA), such as the one used at State Farm, Mitsubishi, Pontiac Correctional Facility, etc.**

**IN WITNESS WHEREOF,** the parties hereto have caused these presents to be signed and sealed this __1__ day of __May__, 200__7__ by its proper officers.

**LOCAL UNION NO. 99 OF THE UNITED ASSOCIATION OF JOUR-NEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA**

By _____
       Steven W. Rever
       Business Manager

**Bloomington - Normal Plumbing, Heating, Air Conditioning, and Piping Contractors Association:**

Name: _____
       Thomas Laskowski
       President

## ADOPTION OF AGREEMENT

The undersigned Employer, (other than association), and Local Union No. 99, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, do agree that they adopt the terms and conditions including wage scale, fringe benefits, and all conditions of employment expressed in a certain contract entered into and effective between Local Union No. 99 and the Plumbing and Heating Contractors Association of Bloomington and Normal, Illinois, which contract is effective from May 1, 2007 through April 30, 2010, and the parties hereto agree that said contract shall, in all of its aspects, be effective as between the parties to this Standard Form Contract for Adoption of Agreement. The undersigned Employer hereby becomes a member of the bargaining unit covered by said Agreement and further agrees that notice of termination, modification, or amendment served upon the Plumbing and Heating Contractors Association of Bloomington and Normal, Illinois and by the Union shall constitute service of said modification, termination or amendment served upon the undersigned Employer.

**EMPLOYER (OTHER THAN ASSOCIATION)**
(Please Print & Sign where appropriate)

Name (print): _____

Name (sign): _____

Title: _____

Name of Company: _____

Address: _____

Telephone number: _____

Fax: _____

E-Mail: _____

Signature: _____

Contractor number (for file use) _____

2. The Union agrees that it will use its best efforts, when negotiating labor agreements with contracting Employers not covered by this Agreement, to have such labor agreements provide for wages, hours and other conditions of employment which are economically equivalent to those provided for in this Agreement and will adopt this as the "Favored Nation's Clause" with the exception of when organizing a new contractor or when using a Project Labor Agreement (PLA), such as the one used at State Farm, Mitsubishi, Pontiac Correctional Facility, etc.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed and sealed this _____ day of_____, 20___, by its proper officers.

LOCAL UNION NO. 99 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA

By _____

Signature _____
Business Manager (Please Print)

*Industrial Construction*

IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed and sealed this ____ day of _May_, 20_07_, by its proper officers.

LOCAL UNION NO. 99 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA

By _____
   Steven W. Rever
   Business Manager

Bloomington - Normal Plumbing, Heating, Air Conditioning, and Piping Contractors Association:

Name _____
   Thomas Laskowski
   President

## ADOPTION OF AGREEMENT

The undersigned Employer, (other than association), and Local Union No. 99, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, do agree that they adopt the terms and conditions including wage scale, fringe benefits, and all conditions of employment expressed in a certain contract entered into and effective between Local Union No. 99 and the Plumbing and Heating Contractors Association of Bloomington and Normal, Illinois, which contract is effective from May 1, 2004 through April 30, 2007, and the parties hereto agree that said contract shall, in all of its aspects, be effective as between the parties to this Standard Form Contract for Adoption of Agreement. The undersigned Employer hereby becomes a member of the bargaining unit covered by said Agreement and further agrees that notice of termination, modification, or amendment served upon the Plumbing and Heating Contractors Association of Bloomington and Normal, Illinois and by the Union shall constitute service of said modification, termination or amendment served upon the undersigned Employer.

EMPLOYER (OTHER THAN ASSOCIATION)
(Please Print & Sign where appropriate)

Name (print): _John C. LaBeau_ ⟵ John LaReau

Name (sign): _____

Title: _President_

Name of Company: _Industrial Construction Services, Inc._

Address: _3116 N. Main Street / East Peoria, IL / 61611_

Telephone number: _309-694-0964_

Fax: _309-694-4201_

E-Mail: _mail@intra-plant.com_

Signature: _____

Contractor number (for file use) _____

# APPENDIX A

This Agreement shall apply to and cover all Employees of an Employer employed to perform or performing plumbing, heating, and piping work as listed hereinafter within the geographical jurisdiction allocated to the local union by the United Association:

**1.** All piping for plumbing, water, waste, floor drains, drain grates, supply, leader, soil pipe, grease traps, sewage and vent lines.

**2.** All piping for water filters, water softeners, water meters and the setting of it.

**3.** All cold, hot and circulating water lines, piping for house pumps, cellar drainers, ejectors, house tanks, pressure tanks, swimming pools, ornamental pools, display fountains, drinking fountains, aquariums, plumbing fixtures and appliances, and the handling and setting of the above-mentioned equipment.

**4.** All water services from mains to buildings, including water meters and water meter foundations.

**5.** All water mains from whatever source, including branches and fire hydrants, etc.

**6.** All down spouts and drainage areas, soil pipe, catch basins, manholes, drains, gravel basins, storm water sewers, septic tanks, cesspools, water storage tanks, etc.

**7.** All liquid soap piping, liquid soap tanks, soap valves and equipment in bath and washrooms, shower stalls, etc.

**8.** All bathroom, toilet room and shower room accessories, i.e., towel racks, paper holders, glass shelves, hooks, mirrors, cabinets, etc.

**9.** All lawn sprinkler work, including piping, fittings, and lawn sprinkler heads.

**10.** All sheet lead lining for X-ray rooms, fountains, swimming pools or shower stalls, tanks or vats for all purposes and for roof flashings in connection with the pipefitting industry.

**11.** All fire standpipes, fire pumps, pressure and storage tanks, valves, hose racks, fire hose, cabinets and accessories, and all piping for sprinkler work of every description.

**12.** All block tin coils, carbonic gas piping for soda fountains and bars, etc.

**13.** All piping for railing work and racks of every description, whether screwed or welded.

**14.** All piping for pneumatic vacuum cleaning systems of every description.

**15.** All piping for hydraulic, vacuum, pneumatic, air, water, steam, oil, or gas used in connection with railway motor cars and railway locomotives.

**16.** All marine piping, and all piping used in connection with shipbuilding and shipyards.

**17.** All power plant piping of every description.

**18.** The handling, assembling and erecting of all economizers, super heaters, regardless of the mode or method of making joints, hangers, and erection of same.

**19.** All internal and external piping on boilers, heaters, tanks, evaporators, water legs, water backs, water grates, boiler compound equipment, etc.

**20.** All soot blowers and soot collecting piping systems.

**21.** The setting, erecting and piping for all smoke consuming, smoke-washing and regulating devices.

**22.** The setting, erecting and piping of instruments, measuring devices, thermostatic controls, gauge boards, and other controls used in connection with power, heating, refrigerating, air conditioning, manufacturing, mining and industrial work.

**23.** The setting and erecting of all boiler feeders, water heaters, filters, water softeners, purifiers, condensate equipment, pumps, condensers, coolers, and all piping for same in power houses, distributing and boosting stations, refrigeration, bottling, distilling and brewing plants, heating, ventilating and air conditioning systems.

**24.** All piping for artificial gases, natural gases, and holders and equipment for same, chemicals, minerals and by-products and refining of same for any and all purposes.

25. The setting and erecting of all underfeed stokers, fuel burners and piping, including gas, oil, power fuel, hot and cold air piping, and all accessories and parts of burners and stokers, etc.

26. All ash collecting and conveyor piping systems, including all air washing and dust-collecting piping and equipment, accessories and appurtenances and regulating devices, etc.

27. The setting and erection of all oil heaters, oil coolers, storage and distribution tanks, transfer pumps and mixing devices, and piping thereto of every description.

28. The setting, erecting and piping of all cooling units, pumps, reclaiming systems and appurtenances in connection with transformers, and piping to switches of every description.

29. All fire extinguishing systems and piping whether by water, steam, gas or chemical, fire alarm piping, control tubing, etc.

30. All piping for sterilizing, chemical treatment, deodorizing, and all cleaning systems of every description, and laundries for all purposes.

31. All piping for oil or gasoline tanks, gravity and pressure lubricating and greasing systems, air and hydraulic lifts, etc.

32. All piping for power or heating purposes, either by water, air, steam, gas, oil, chemicals, or any other method.

33. All piping, setting and hanging of all units and fixtures for air conditioning, cooling, heating, roof cooling, refrigerating, ice making, humidifying, dehumidifying, dehydrating, by any method, and the charging and testing, servicing of all work after completion.

34. All pneumatic tube work, and all piping for carrying systems by vacuum, compressed air, steam, water, or any other method.

35. All piping to stoves, fire grates, blast and heating furnaces, ovens, driers, heaters, oil burners, stokers and boilers, cooking utensils, etc., of every description.

36. All piping in connection with central distributing filtration treatment stations, boosting stations, waste and sewage disposal plants, central chlorination and chemical treatment work, and all underground

supply lines to cooling wells, suction basins, filter basins, settling basins and aeration basins.

37. All process piping for refining, manufacturing, industrial and shipping purposes of every character and description.

38. All air piping of every description.

39. All temporary piping of every description in connection with building and construction work, excavating and underground construction.

40. The laying out and cutting of all holes, chases and channels, the setting and erection of bolts, inserts, stands, brackets, supports, sleeves, thimbles, hangers, conduit and boxes used in connection with pipefitting industry.

41. The handling and setting of boilers, setting of fronts, setting of soot blowers, and attaching of all boiler trimmings.

42. All pipe transportation lines for gas, oil, gasoline, fluids and liquids, water aqueducts, and water lines and booster stations of every description.

43. All acetylene and arc welding, brazing, lead burning, soldered and wiped joints, caulked joints, expanded joints, rolled joints or any other mode or method of making joints in connection with the pipefitting industry.

44. Laying out, cutting, bending and fabricating of all pipe work of every description, by whatever mode or method.

45. All methods of stress relieving of all pipe joints made by every mode or method.

46. The assembling and erecting of tanks, used for mechanical, manufacturing or industrial purposes, to be assembled with bolts, packed or welded joints.

47. The handling and using of all tools and equipment that may be necessary for the erection and installation of all work and materials used in the pipefitting industry.

48. The operation, maintenance, repairing, servicing and dismantling of all work installed by Journeyman members of the United Association.

49. All piping for cataracts, cascades (i.e., artificial waterfalls), make-over water fountains, captured waters, water towers, cooling towers, and spray ponds used for industrial, manufacturing, commercial or for any other purpose.

50. Piping herein specified means pipe made from metals, tile, glass, rubber, plastic, wood, or any other kind of material or product manufactured into pipe usable in the pipefitting industry, regardless of size and shape.

51. The fabricating, handling, erecting, adjusting and servicing of all heating and/or cooling devices and their accessories such as covers, cabinets, cases, shields, dampers, grills, etc.

52. The handling, erecting, setting, aligning and leveling of all pumps, compressors, vacuum devices, etc., regardless of size, horse-power or mode or method of power delivered to same. This includes turbines if delivered assembled.

53. The handling, erecting, setting, leveling and piping of all kitchen and/or cafeteria equipment such as sinks, lavatories, scrub sinks, cooking vats, stoves, ranges, refrigerators, etc.

54. The starting and stopping of all welding equipment.

55. The handling, setting and leveling of all slush gates.

56. The fabrication, erecting and handling of all pipe supports, stanchions, hangers, braces, guides, etc., where used in conjunction with plumbing, heating, refrigeration or air conditioning materials and/or equipment.

57. The fabrication and installation of all vent or flue pipe of eighteen gauge and heavier.

58. The unloading, uncrating, assembly and setting of all air conditioning and/or heating units, regardless of make, size, tonnage, BTU capacity, etc. This includes units that are shipped separate of coils, compressors, burners, controls, blowers, fans, condensers, pumps, etc.

59. The fabrication and installation of all flashings when used in conjunction with United Association material or equipment.

60. The handling, assembling and erecting of all coils regardless of size, shape or method of making joint, hangers, or erection.

61. Assembling and erecting of all cooling towers for air conditioning and refrigeration equipment, regardless of wood, metal, glass or any other prefabricated material.

62. The unloading and installation of self-contained air conditioning window units which ordinarily set in windows of commercial or residential buildings, of which Philco and Mitchell are typical.

63. The unloading, handling and welding of all pipe sleeves used for boring on work covered under this contract.

64. Any and all piping or methods of removal of methane gas extraction systems shall be the work in its entirety of the U.A.

65. Installation, operation, maintenance and servicing of all Fiber Optic equipment and piping pertaining to work covered under the United Association.

66. Installation, maintenance or repair, removal of or replacement work covered under the jurisdiction of the United Association where diving is required shall be done by members of the United Association.

67. All piping and installation of Geo Thermal Systems.

68. All hand digging, and grading of piping systems related to the plumbing and pipefitting industry.

69. All demolition of any kind in relation to the plumbing and pipefitting industry from source to disposal.

## III. WAGES AND FRINGE BENEFITS

Listed below are Check-off's on all Building Trades Employees.

| | May 1, 2007<br>April 30, 2008 | May 1, 2008<br>April 30, 2009 | May 1, 2009<br>April 30, 2010 |
|---|---|---|---|
| **Re: Building Trades Wages** | | | |
| Wages per hour | $ 34.95* | TBD* | TBD* |
| Pension Per hour | $ 6.90* | TBD* | TBD* |
| Health & Welfare Per hour | $ 6.45* | TBD* | TBD* |
| Apprentice Fund Per hour | $ 1.15* | TBD* | TBD* |
| Political Action Committee | $ .05** | TBD** | TBD** |
| Working Dues Check-off | 3.5 % Gross Wages | 3.5 % Gross Wages | 3.5 % Gross Wages |
| Industrial Fund | $ .50* | .50* | .50* |
| National Apprenticeship Fund | $ .05* | TBD* | TBD* |
| Organizing Fund | $ .35** | TBD** | TBD** |
| Voluntary 401K | $ ** | ** | ** |
| Total Package Per Hour | $ 50.00 | $51.35 | $52.70 |
| **Total Increase per year:** | $ 1.50 | $ 1.35 | $ 1.35 |

* Employer Contribution    ** Employee Contribution

**Building Trades Apprentice:**

| | | |
|---|---|---|
| 1st | 6 Months | 45% of Journeyman Scale |
| 2nd | 6 Months | 50% of Journeyman Scale |
| 3rd | 6 Months | 55% of Journeyman Scale |
| 4th | 6 Months | 60% of Journeyman Scale |
| 3rd | Year | 65% of Journeyman Scale |
| 4th | Year | 75% of Journeyman Scale |
| 5th | Year | 85% of Journeyman Scale |

Holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Veteran's Day (November 11), Thanksgiving Day, Friday following Thanksgivings Day and Christmas Day, If Christmas Day and New Years Day falls on a Saturday the Friday before will be observed as a Holiday, these shall be considered as overtime, which shall be paid at the rate of double time. There shall be no work performed on Labor Day. If Holidays fall on Sunday, the Holiday shall be celebrated on the following Monday.

Foreman shall receive 8% above the Journeyman Rate
General Foreman shall receive 13% above the Journeyman Rate
Superintendent shall receive 17% above the Journeyman Rate

saved as: Building Trades Rates 03 01 07

Industrial Construction

IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed and sealed this __/__ day of _May_ , 20_07_, by its proper officers.

LOCAL UNION NO. 99 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA

By _____
    Steven W. Rever
    Business Manager

Bloomington - Normal Plumbing, Heating, Air Conditioning, and Piping Contractors Association:

Name: _____
    Thomas Laskowski
    President

## ADOPTION OF AGREEMENT

The undersigned Employer, (other than association), and Local Union No. 99, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, do agree that they adopt the terms and conditions including wage scale, fringe benefits, and all conditions of employment expressed in a certain contract entered into and effective between Local Union No. 99 and the Plumbing and Heating Contractors Association of Bloomington and Normal, Illinois, which contract is effective from May 1, 2004 through April 30, 2007, and the parties hereto agree that said contract shall, in all of its aspects, be effective as between the parties to this Standard Form Contract for Adoption of Agreement. The undersigned Employer hereby becomes a member of the bargaining unit covered by said Agreement and further agrees that notice of termination, modification, or amendment served upon the Plumbing and Heating Contractors Association of Bloomington and Normal, Illinois and by the Union shall constitute service of said modification, termination or amendment served upon the undersigned Employer.

EMPLOYER (OTHER THAN ASSOCIATION)
(Please Print & Sign where appropriate)

Name (print): _John C. LaBeau_      _John LaBeau_

Name (sign): _____

Title: _President_

Name of Company: _Industrial Construction Services, Inc._

Address: _3116 N. Main Street / East Peoria, IL / 61611_

Telephone number: _309-694-0964_

Fax: _309-694-4201_

E-Mail: _mail@intra-plant.com_

Signature: _____

Contractor number (for file use) _____