STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
IND. CONST. SERV. INCORPORATED
ON BEHALF OF THE
EAST CENTRAL ILLINOIS
PIPE TRADES HEALTH & WELFARE FUND
FOR THE PERIOD
JANUARY 1, 2010 TO JUNE 30, 2016


EXHIBIT H



1700 W. Luthy Drive • Peoria, IL 61615
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

Certified Public Accountants

### Independent Accountants' Report On Applying Agreed-Upon Procedures

To the Board of Trustees
Of East Central Illinois Pipe Trades
Health & Welfare Fund
Delinquency Committee
Indianapolis, Indiana

We have performed the procedures enumerated on the attached supplement, which were agreed to by the East Central Illinois Pipe Trades Health & Welfare Fund (the Fund), solely to assist you with respect to the selected payroll and related records of Ind. Const. Serv. Incorporated for the period of January 1, 2010 to June 30, 2016. The employer's management is responsible for the employer records provided to us. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the East Central Illinois Pipe Trades Health & Welfare Fund's Trust Agreements. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

Our procedures performed are found on the attached supplement. We were not engaged to, and did not, conduct an audit, the objective of which would be the expression of an opinion, on the accounting records. Accordingly, we do not express such an opinion. Had we performed additional procedures other matters might have come to our attention that would have been reported to you.

In connection with the above procedures, certain matters came to our attention that caused us to believe that additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $5,544.00.

In addition, the accompanying notes herein identify any special circumstances that we believe the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Page 2

This report is intended solely for the information of the Employer and the East Central Illinois Pipe Trades Health & Welfare Fund and should not be used by anyone other than those specified parties.

*Romolo & Associates*

Romolo & Associates
Certified Public Accountants
September 21, 2016

## SUPPLEMENT FOR AGREED UPON PROCEDURES

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

   - Payroll journals or computer printouts with paycheck history, employee hours, gross wages
   - Individual earnings and time records on all employees or computer printout with paycheck history
   - Annual earnings records (W-2's and W-3)
   - Quarterly employer's federal withholding and FICA tax returns (Forms 941)
   - Quarterly employer's contribution and wages reports for state unemployment compensation
   - Employer's copies of monthly fringe benefit report forms
   - Employee occupation listing
   - Cash disbursement records
   - Payments to subcontractors (Forms 1096 and 1099)
   - Most recent union contract

3. To determine that we were provided with the entire payroll we performed the following procedure:

   - Agreed gross wages per the Employer's payroll to the W-2s/W3 on a test basis

4. In order to determine that all hours/months for covered work were properly reported to the Funds we performed the following test procedures:

   - Determined classifications of employees and/or their union affiliation based on the employer's records
   - Compared hours/months worked, per the employer's records, by covered employees to the hours/months reported based on information reported by the Fund
   - Reviewed and relied upon union report forms filed with other benefit funds as provided to us by the employer for hours worked by covered participants, not reported to the Fund

5. Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

   (Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

IND. CONST. SERV. INCORPORATED
NOTES TO AGREED UPON PROCEDURES
JANUARY 1, 2010 TO JUNE 30, 2016

NOTE 1   UNREPORTED HOURS

During the course of our examination, we discovered that in December 2011, Joseph Berner, Jr. had 33 unreported hours. We have shown these hours as due herein under Local 99*.

Additionally, we discovered unreported hours from May 2015 through July 2015. The employer representative stated that these hours were part of a payment plan with the Fund, and have been paid. However, after conferring with the Fund office, they do not show that these hours are paid. Therefore, we have shown these hours as due herein under Local 99*. We have also attached separately a copy of the employer's payment plan exhibit, the reporting forms, and the copies of the check issued and canceled, which were provided to us by the employer, for the Fund's review.

NOTE 2   MISREPORTED HOURS

The employer mistakenly reported hours under one individual that actually belonged to another individual on two separate occasions. We have attached Exhibit #1 which details the instances and the net result of the errors. We have not taken any further action on these hours in our report. We have listed them on Exhibit #1 for the Fund's review and any action they may deem as necessary or appropriate.

# MISREPORTED HOURS - ECIPTWF

EXHIBIT #1

| PERIOD | LOCAL | SSN | NAME | ACTUAL HOURS WORKED | ECIPTWF HOURS RECORDED | OVER UNDER HOURS | EXAMINER EXPLANATION AND ACTION TAKEN FOR DISCREPANCY |
|---|---|---|---|---|---|---|---|
| 11/1/2011 | 99 | XXX-XX-3856 | COLLINS, ANDREW | 140 | 0 | UNDER 140 | The employer mistakenly reported 140 hours under William Collins that should have been reported under Andrew Collins to Local 99 in November 2011. No credit or liability has been shown as a result of this error. We have listed this information for the Fund's review and any action they may deem as necessary or appropriate. |
| 11/1/2011 | 99 | XXX-XX-7926 | COLLINS, WILLIAM E | 0 | 140 | OVER 140 | |
| 12/1/2011 | 99 | XXX-XX-3856 | COLLINS, ANDREW | 129 | 0 | UNDER 129 | The employer mistakenly reported 129 hours under William Collins that should have been reported under Andrew Collins to Local 99 in December 2011. No credit or liability has been shown as a result of this error. We have listed this information for the Fund's review and any action they may deem as necessary or appropriate. |
| 12/1/2011 | 99 | XXX-XX-7926 | COLLINS, WILLIAM E | 0 | 140 | OVER 129 | |

**Industrial Constr Serv. Incorporated**
**TOTAL SUMMARY OF AMOUNTS DUE**
**January 1, 2010 to June 30, 2016**

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| HEALTH AND WELFARE | $ - | $ 231.00 | $ - | $ - | $ - | $ 5,313.00 | $ - | $ 5,544.00 |
| TOTAL DUE | $ - | $ 231.00 | $ - | $ - | $ - | $ 5,313.00 | $ - | $ 5,544.00 |

**Ind. Const. Serv Incorporated - ECIPTWF**
**Unreported Regular Hours**
**For period 1/1/2011 - 12/31/2011**
**Local: 99***

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BERNER JR., JOSEPH G *****3892 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.00 | 33.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.00 | 33.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| HEALTH AND WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $231.00 | $231.00 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $231.00 | $231.00 |
| **Rates** | | | | | | | | | | | | | |
| HEALTH AND WELFARE | 0.000 | 0.000 | 0.000 | 0.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | |

Ind. Const. Serv Incorporated - ECIPTWF
Unreported Regular Hours
For period 1/1/2015 - 12/31/2015
Local: 99*

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BACON, MICHAEL J *****5271 | 0.00 | 0.00 | 0.00 | 0.00 | 82.00 | 148.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 |
| LOGAN, JAY A *****9507 | 0.00 | 0.00 | 0.00 | 0.00 | 145.00 | 166.00 | 118.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 429.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 227.00 | 314.00 | 218.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 759.00 |
| Amounts Due | | | | | | | | | | | | | |
| HEALTH AND WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $1,589.00 | $2,198.00 | $1,526.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,313.00 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $1,589.00 | $2,198.00 | $1,526.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,313.00 |
| Rates | | | | | | | | | | | | | |
| HEALTH AND WELFARE | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | 7.000 | |